CHARLES W. DAFF, BAR NO 76178
2122 N. BROADWAY #210
SANTA ANA, CA. 92706
714-541-0301

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>NATHANAEL SECOR<br><br>      Debtor<br>_____<br>      Plaintiff<br><br>vs.<br><br>DUCOING MANAGEMENT, INC<br>      Defendants<br>_____ | ADV. NO<br>BANK NO: 8:11-bk-21965 TA<br>CHAPTER 13<br><br>COMPLAINT TO AVOID<br>PREFERENTIAL TRANSFER |

TO THE HONORABLE , THEODOR ALBERT, UNITED STATES BANKRUPTCY JUDGE:

The complaint of the Debtor, Nathanael Secor, respectfully alleges:

1. Nathanael Secor is the debtor in the chapter 13 case which was filed on August 26, 2011.

2. The court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. 1334. This is a core proceeding pursuant to 28 U.S.C. 157(b)(2)(F). The venue properly lies in this judicial district pursuant to 28 U.S.C. 1409(a), in that the instant action is related to the case pending in this court. The debtor is authorized to file this adversary proceeding pursuant to 11 U.S.C. 522(h)(2).

3. On or about August 5, 2011 which is within ninety (90) days of the order for relief in this case, a transfer of certain property was made to the defendant on account of an antecedent debt, to wit the defendant filed and recorded with the County Recorder for the County of Orange, State of California an Abstract of Judgment to secure a total amount of $69,372.21 against the

1 debtor/plaintiff. The instrument number for said recording is 2011000386149. A true and
2 correct copy of said Abstract of Judgment is attached hereto and marked as Exhibit A.
3     4. Such transfer was made while the debtor was insolvent.
4     5. Said transfer will enable defendant to recover more than it would receive as a creditor
5 if: (a) the bankruptcy case were a chapter 7 of title 11, United States Code; (b) the transfer had
6 not been made; and © the defendant received payment of its debt to the extent provided by the
7 provisions of said title 11.
8     6. On or about October 13, 2011, the defendant filed with the court a Proof of Claim in
9 the chapter 13 case, marked as claim number 3 in the amount of $30,784.04 as a general
10 unsecured claim against the debtor/plaintiff. A true and correct copy of the Proof of Claim is
11 attached hereto and marked as Exhibit B. .
12     WHEREFORE, plaintiff prays that this court make its order avoiding the aforesaid
13 preferential transfer and ordering that said recording and transfer of the interest contained in the
14 Abstract of Judgment be void in its entirety; that this court allow the plaintiff a its proof of claim
15 as a general unsecured claim in the sum of $30,784.04 only;
16 and for such other relief that is just and proper.
17
18 Dated: 08/28/12                    _____
19                                     CHARLES W. DAFF, ATTORNEY FOR PLAINTIFF

# Exhibit A

EJ-001

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, State Bar number, and telephone number):
Roger N. Behle, Jr., Esq., SBN 174755
FOLEY, BEZEK, BEHLE & CURTIS, LLP
575 Anton Blvd., Suite 710
Costa Mesa, CA 92626
714-556-1700 phn  714-546-5005 fax

Recorded in Official Records, Orange County
Tom Daly, Clerk-Recorder
|||||||||||||||||||||||||||||||||||||||| 39.00
2011000386149  4:02 pm 08/05/11
143 413 A03   2
0.00 0.00 0.00 0.00 3.00 30.00 0.00 0.00

☑ ATTY FOR ☑ JDGMT CR ☐ ASSGE OF REC
SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS: 700 Civic Center Drive West
CITY AND ZIP CODE: Orange, 92701
BRANCH NAME: Central Justice Center

PLAINTIFF: Ducoing Management, Inc.
DEFENDANT: T's Liquor Mart, La Jalisco Market et al.

CASE NUMBER: 30-2009-00120768

ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS    ☐ Amended

1. The ☑ judgment creditor  ☐ assignee of record applies for an abstract of judgment and represents the following:
a. Judgment debtor's
   Name and last known address
   ┌─────────────────────────────┐
   │ T's Liquor Mart             │
   │ 1663 E. Orangethorpe Ave.   │
   │ Placentia, CA 92870         │
   └─────────────────────────────┘
b. Driver's license no. [last 4 digits] and state: ☑ Unknown
c. Social security no. 4 digits: ☑ Unknown
d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address): T's Liquor Mart, Leo Martinez - Owner, 1663 E. Orangethorpe Ave., Placentia, CA 92870

2. ☑ Information on additional judgment debtors is shown on page 2.
3. Judgment creditor (name and address):
Ducoing Management Inc.
3818 E Coronado St., Anaheim, CA 92807
Date: 7/8/11
Roger N. Behle, Jr.
(TYPE OR PRINT NAME)

4. ☐ Information on additional judgment creditors is shown on page 2.
5. ☐ Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

▶ [signature]
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
$ 69,372.21
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on (date): July 8, 2011
   b. Renewal entered on (date):
9. ☐ This judgment is an installment judgment.

10. ☐ An ☐ execution lien ☐ attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. ☑ not been ordered by the court.
    b. ☐ been ordered by the court effective until (date):
12. a. ☑ I certify that this is a true and correct abstract of the judgment entered in this action.
    b. ☐ A certified copy of the judgment is attached

This abstract issued on (date):
JUL 29 2011

ALAN CARLSON
Clerk, by J. TRAN, Deputy

ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS

Page 1 of 2
Code of Civil Procedure

| PLAINTIFF: Ducoing Management, Inc. | CASE NUMBER: |
| DEFENDANT: T's Liquor Mart, La Jalisco Market et al. | 30-2009-00120768 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor (name and address):

14. Judgment creditor (name and address):

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

La Jalisco Market
124 E. Truslow Ave.
Fullerton, CA 92832

Driver's license no. [last 4 digits] and state: ☑ Unknown
Social security no. [last 4 digits]: ☑ Unknown

Summons was personally served at or mailed to (address):
La Jalisco Market
Antonio Guttierez - Owner
124 E. Truslow Ave.
Fullerton, CA 92832

17. Name and last known address

Palmyra Corporation
821 N. Tustin Ave
Orange, CA 92867

Driver's license no. [last 4 digits] and state: ☑ Unknown
Social security no. [last 4 digits]: ☑ Unknown

Summons was personally served at or mailed to (address):
Palmyra Corporation
Rasheed Jijakli - Owner
821 N. Tustin Ave.
Orange, CA 92867

18. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to (address):

19. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown

Summons was personally served at or mailed to (address):

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. January 1, 2008]    **ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**    Page 2 of 2

# Exhibit B

B10 (Official Form 10) (04/10) - Page 1

| UNITED STATES BANKRUPTCY COURT    CENTRAL DISTRICT OF CALIFORNIA | PROOF OF CLAIM |
|---|---|
| **Name of Debtor:** Nathanael Secor | **Case Number:** 8:11-bk-21965-TA |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

**Name of Creditor** (the person or other entity to whom the debtor owes money or property):
Ducoing Management, Inc.

☐ Check this box to indicate that this claim amends a previously filed claim.

**Name and address where notices should be sent:**
Roger Behle, Jr
575 Anton Blvd., Suite 710
Costa Mesa, CA 92626

**Court Claim Number:** _____ (If known)

**Filed on:** _____

Telephone number: (714) 556-1700

**Name and address where payment should be sent** (if different from above):

FILED
OCT 13 2011
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:

**1. Amount of Claim as of Date Case Filed:** $ 30,784.04

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☑ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Judgment
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** 007-6

**3a. Debtor may have scheduled account as:** See Attachment
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:  ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:

Value of Property: $_____    Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____    Basis for perfection: _____

Amount of Secured Claim: $_____    Amount Unsecured: $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5)

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

**Amount entitled to priority:**
$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Date: 10/4/11    Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

ROGER N BEHLE, JR
Attorney for Creditor

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

B10 (Official Form 10) (04/10) - Page 2

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

## ITEMS TO BE COMPLETED IN PROOF OF CLAIM FORM

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

1. **Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

2. **Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

3. **Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

3a. **Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

4. **Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

5. **Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).** If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

6. **Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

7. **Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

---

## DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

---

## INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.), and any applicable orders of the bankruptcy court.

Attachment

1. Statement of Additional Charges

| | |
|---|---|
| Judgment (July 5, 2011): | $25,212.04 |
| Post Judgment Cost (up to August 10, 2011): | $5,220.00 |
| Interest (up to August 26, 2011): | $352.00 ($ 6.9 x 51 days since judgment) |
| Total: | $30,784.04 |

3a. Debtor has listed Roger Behle as the creditor, but Roger Behle is counsel of record for the creditor, Ducoing Management, Inc., in the state action (Orange County Superior Court Case #30-2009-00120768). The judgment is the basis for the claim. Debtor has also listed the amount owed as $43,000.00, when the correct amount is $30,784.04.

T's Liquor Mart is a dba of Nathanael Secor.

The final judgment in the state court action and the memorandum of costs after judgment is attached to the claim as exhibit A and B respectively.

**EXHIBIT A**

1  Roger N. Behle, Jr., State Bar No. 174755
   FOLEY BEZEK BEHLE & CURTIS, LLP
2  575 Anton Boulevard, Suite 710
3  Costa Mesa, California 92626
   Telephone: (714) 556-1700
4  Facsimile: (714) 546-5005

5  Attorneys for Plaintiff/Cross-Defendant,
6  DUCOING MANAGEMENT, INC.

**FILED**
ORANGE COUNTY SUPERIOR COURT
JUL 5 2011
ALAN CARLSON, EXECUTIVE OFFICER/CLERK
BY: _____ L. SILVA _____, DEPUTY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ORANGE, CENTRAL JUSTICE CENTER

| | |
|---|---|
| DUCOING MANAGEMENT, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>T's LIQUOR MART, a business entity of form unknown, LA JALISCO MARKET, a business entity of form unknown, CONTINETAL CURRENCY SERVICES, INC., a California corporation, PALMYRA CORPORATION, a California corporation, and DOES 1 through 300, inclusive,<br><br>Defendants. | Case No.: 30-2009-00120768<br><br>*[Assigned to the Honorable Judge Schumann, for all purposes]*<br><br>[PROPOSED] JUDGMENT<br><br>Trial Date: December 7, 2010<br>Time:   9:00 a.m.<br>Dept:   C10 |
| AND RELATED CROSS ACTIONS | |

**BY FAX**

THE ABOVE-ENTITLED ACTION came on regularly for trial on December 7, 2010, in Department C10 of the above-entitled Court, the Honorable Tam Nomoto Schumann presiding. Roger N. Behle, Jr., of Foley Bezek Behle & Curtis, LLP, appeared on behalf of Plaintiff/Cross-Defendant, Ducoing Management, Inc. Guy Lochhead appeared on behalf of Defendant, Palmyra Corporation. Nathanael Secor appeared in *pro per* on behalf of

1                                             Case No.:30-2009-00120768
[PROPOSED] JUDGMENT

1. Defendant/Cross-Complainant T's Liquor Mart. Antonio Gutierrez appeared in *pro per* on behalf of Defendant/Cross-Complainant La Jalisco Market. Defendant, Continental Currency Services, Inc., a California corporation, did not appear, having been dismissed prior to the commencement of trial.

The matter was tried to the Court between December 7, 2010 and December 9, 2010. Witnesses were sworn and testified, and documentary evidence was introduced on behalf of the parties. After hearing the evidence and arguments of counsel, the matter was submitted to the Court. The Court took the matter under submission and thereafter issued a Minute Order/Ruling on December 13, 2010[1] as follows:

## COMPLAINT

In the matter of *Ducoing Management, Inc. v. T's Liquor Mart et al.* the Court finds:

A. <u>First Cause of Action (Negligence)</u>

1. Defendant T's Liquor Mart was negligent; Plaintiff was harmed; and Defendant T's Liquor Mart's negligence was a substantial factor in causing Plaintiff's harm. Defendant T's Liquor Mart is liable to Plaintiff for damages in the amount of $16,122.47 (amount still owing on the unauthorized checks) and $4,952.00 (1/3 of the recovery expenditures) for a total amount of $21,674.47 plus costs and post-judgment interest at the legal rate.

2. Defendant La Jalisco Market was negligent; Plaintiff was harmed; and Defendant La Jalisco Market's negligence was a substantial factor in causing Plaintiff's harm. Defendant La Jalisco Market is liable to Plaintiff for damages in the amount of $14,341.21 (amount still owing on the unauthorized checks) and $4,952.00 (1/3 of the recovery expenditures) for a total amount of $19,293.21 plus costs and post-judgment interest at the legal rate.

---

[1] The Court ordered Plaintiff to prepare the Judgment and submit it to the Court no later than December 27, 2010.

2    Case No.:30-2009-00120768
[PROPOSED] JUDGMENT

3. Defendant Palmyra Corporation was negligent; Plaintiff was harmed; and Defendant Palmyra Corporation's negligence was a substantial factor in causing Plaintiff's harm. Defendant Palmyra Corporation is liable to Plaintiff for damages in the amount of $12,839.82 (amount still owing on the unauthorized checks) and $4,952.00 (1/3 of the recovery expenditures) for a total amount of $17,791.82 plus costs and post-judgment interest at the legal rate.

B. <u>Second Cause of Action (Conversion-Aiding and Abetting)</u>

Plaintiff failed to sustain its burden of proving the knowledge element of this cause of action. Plaintiff shall recover nothing from Defendants on this cause of action.

## CROSS-COMPLAINTS

In the matter of *Nathanael Secor, doing business as T's Liquor, and Antonio Gutierrez, doing business as La Jalisco Market v. Ducoing Management, Inc.* the Court finds:

A. <u>First and Second Causes of Action (Uniform Commercial Code §3405)</u>

Cross-Defendant, Ducoing Management, Inc., did not act improperly in its supervision of Veronica Navarro. Further, Cross-Defendant, Ducoing Management, Inc., did not fraudulently obtain the Affidavits of Claimant. Cross-Complainants shall recover nothing from the Cross-Defendant, Ducoing Management, Inc.

## JUDGMENT

Based on the foregoing findings, the Court issues the following JUDGMENT:

1. Judgment is entered in the matter of *Ducoing Management, Inc. v. T's Liquor Mart, et al.*, Case No. 30-2009-00120768, in favor of Plaintiff, Ducoing Management, Inc., and against Defendant, T's Liquor Mart. Plaintiff shall have and recover from Defendant, T's Liquor Mart, the sum of Twenty One Thousand Six Hundred Seventy Four Dollars and Forty Seven Cents ($21,674.47), plus costs in the amount of Three Thousand Five Hundred Thirty Seven Dollars and Fifty Seven Cents ($3,537.57), for a total judgment of Twenty Five Thousand

3    Case No.:30-2009-00120768
[PROPOSED] JUDGMENT

Two Hundred Twelve Dollars and Four Cents ($25,212.04), all of which shall accrue post judgment interest at the legal rate of ten percent (10%) per annum from the date of entry of this Judgment until paid.

2. Judgment is entered in the matter of *Ducoing Management, Inc. v. T's Liquor Mart, et al.*, Case No. 30-2009-00120768, in favor of Plaintiff, Ducoing Management, Inc., and against Defendant, La Jalisco Market. Plaintiff shall have and recover from Defendant, La Jalisco Market, the sum of Nineteen Thousand Two Hundred Ninety Three Dollars and Twenty One Cents ($19,293.21), plus costs in the amount of Three Thousand Five Hundred Thirty Seven Dollars and Fifty Seven Cents ($3,537.57), for a total judgment of Twenty Two Thousand Eight Hundred Thirty Dollars and Seventy Eight Cents ($22,830.78), all of which shall accrue post judgment interest at the legal rate of ten percent (10%) per annum from the date of entry of this Judgment until paid.

3. Judgment is entered in the matter of *Ducoing Management, Inc. v. T's Liquor Mart, et al.*, Case No. 30-2009-00120768, in favor of Plaintiff, Ducoing Management, Inc., and against Defendant, Palmyra Corporation. Plaintiff shall have and recover from Defendant, Palmyra Corporation, the sum of Seventeen Thousand Seven Hundred Ninety One Dollars and Eighty-Two Cents ($17,791.82), plus costs in the amount of Three Thousand Five Hundred Thirty Seven Dollars and Fifty Seven Cents ($3,537.57), for a total judgment of Twenty One Thousand Three Hundred Twenty Nine Dollars and Thirty Nine Cents ($21,329.39), all of which shall accrue post judgment interest at the legal rate of ten percent (10%) per annum from the date of entry of this Judgment until paid.

///
///
///
///

1    4.  Judgment is entered against Cross-Complainants, Nathanael Secor, doing
2  business as T's Liquor, and Antonio Gutierrez, doing business as La Jalisco
3  Market, and in favor of Cross-Defendant, Ducoing Management, Inc. Cross-
4  Complainants shall recover nothing from Cross-Defendant, Ducoing
5  Management, Inc.

8  IT IS SO ORDERED, ADJUGED AND DECREED.

12  Dated 7-5-11                                    **TAM NOMOTO SCHUMANN**

13                                                  The Honorable Tam Nomoto Schumann
14                                                  Judge of the Superior Court, State of California

5                                                                    Case No.:30-2009-00120768
[PROPOSED] JUDGMENT

## PROOF OF SERVICE

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of 18 years and not a party to the within action or proceeding. My business address is 575 Anton Boulevard, Suite 710, Costa Mesa, CA 92626.

On June 9, 2011, I served the following document(s):

- [PROPOSED] JUDGMENT

on the following person(s), with the name and address of the person served shown on the envelope as follows:

Guy R. Lochhead
1420 N. Claremont Blvd., Ste. 207B
Claremont, CA 91711-3585
Facsimile: (909) 624-7664
Email: guyloch@verizon.net
Attorney for Palmyra Corporation

Antonio Gutierrez dba La Jalisco Market
14822 Biola Ave.
La Mirada, CA 90368
nodette@bppd.com

Nathanael Secor dba T's Liquor Market
12273 Circula Panorama
Santa Ana, CA 92705
natesecor@gmail.com

X    BY E-MAIL: I submitted an electronic version of the above-referenced document(s) to the person(s) whose e-mail address(es) is/are known to me as listed above.

☐    BY MAIL: I am familiar with the practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. The above-referenced document(s) will placed in an envelope, addressed to the person(s) listed above, sealed, and deposited with the United States Postal Service with postage fully prepaid in accordance with the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on June 9, 2011, at Costa Mesa, California.

Christine James

PROOF OF SERVICE

## PROOF OF SERVICE

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of 18 years and not a party to the within action or proceeding. My business address is 575 Anton Boulevard, Suite 710, Costa Mesa, CA 92626.

On July 25, 2011, I served the following document(s):

### NOTICE OF ENTRY OF JUDGMENT

on the following person(s), with the name and address of the person served shown on the envelope as follows:

| | |
|---|---|
| Guy R. Lochhead | Antonio Gutierrez dba La Jalisco Market |
| 1420 N. Claremont Blvd., Ste. 207B | 14822 Biola Ave. |
| Claremont, CA 91711-3585 | La Mirada, CA 90368 |
| Facsimile: (909) 624-7664 | nodette@bppd.com |
| Email: guyloch@verizon.net | |
| Attorney for Palmyra Corporation | |

Nathanael Secor dba T's Liquor Market
12273 Circula Panorama
Santa Ana, CA 92705
natesecor@gmail.com

X    BY E-MAIL: I submitted an electronic version of the above-referenced document(s) to the person(s) whose e-mail address(es) is/are known to me as listed above.

☐    BY MAIL: I am familiar with the practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. The above-referenced document(s) will placed in an envelope, addressed to the person(s) listed above, sealed, and deposited with the United States Postal Service with postage fully prepaid in accordance with the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on July 25, 2011, at Costa Mesa, California.

Christine James

1

PROOF OF SERVICE

**EXHIBIT B**

**MC-012**

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State Bar number, and address):
Roger N. Behle, Jr., SBN 174755
FOLEY BEZEK BEHLE & CURTIS, LLP
575 Anton Blvd., Suite 710
Costa Mesa, CA 92626

**TELEPHONE NO.:** 714-556-1700    **FAX NO.:** 714-546-5005
**ATTORNEY FOR (Name):** Ducoing Management, Inc.
**NAME OF COURT:** Orange County Superior Court
**STREET ADDRESS:** 700 Civic Center Drive West
**MAILING ADDRESS:** 700 Civic Center Drive West
**CITY AND ZIP CODE:** Orange, 92701
**BRANCH NAME:** Central Justice Center

**PLAINTIFF:** Ducoing Management, Inc.
**DEFENDANT:** T's Liquor Mart, La Jalisco Market et al.

**FOR COURT USE ONLY**

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
WEST JUSTICE CENTER
AUG 10 2011
ALAN CARLSON, Clerk of the Court
BY: _____ DEPUTY

By Fax

**MEMORANDUM OF COSTS AFTER JUDGMENT, ACKNOWLEDGMENT OF CREDIT, AND DECLARATION OF ACCRUED INTEREST**

**CASE NUMBER:** 30-2009-00120768

1. I claim the following costs after judgment incurred within the last two years (indicate if there are multiple items in any category):

| | | Dates Incurred | Amount |
|---|---|---|---|
| a | Preparing and issuing abstract of judgment | | $ 45.00 |
| b | Recording and indexing abstract of judgment | | $ 25.00 |
| c | Filing notice of judgment lien on personal property | | $ |
| d | Issuing writ of execution, to extent not satisfied by Code Civ. Proc., § 685.050 (specify county): | | $ 50.00 |
| e | Levying officers fees, to extent not satisfied by Code Civ. Proc., § 685.050 or wage garnishment | | $ 5,100.00 |
| f | Approved fee on application for order for appearance of judgment debtor, or other approved costs under Code Civ. Proc., §-708.110 et seq. | | $ |
| g | Attorney fees, if allowed by Code Civ. Proc., § 685.040 | | $ |
| h | Other: _____ (Statute authorizing cost): | | $ |
| i | Total of claimed costs for current memorandum of costs (add items a-h) | | $ 5,220.00 |

2. All previously allowed postjudgment costs: .................................... $ _____
3. Total of all postjudgment costs (add items 1 and 2): .................... **TOTAL** $ 5,220.00
4. Acknowledgment of Credit. I acknowledge total credit to date (including returns on levy process and direct payments) in the amount of: $ 43,059.51
5. Declaration of Accrued Interest. Interest on the judgment accruing at the legal rate from the date of entry on balances due after partial satisfactions and other credits in the amount of: $ _____
6. I am the ☐ judgment creditor  ☐ agent for the judgment creditor  ☒ attorney for the judgment creditor.
I have knowledge of the facts concerning the costs claimed above. To the best of my knowledge and belief, the costs claimed are correct, reasonable, and necessary, and have not been satisfied.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 8/9/2011

Roger N. Behle, Jr.
(TYPE OR PRINT NAME)                    (SIGNATURE OF DECLARANT)

**NOTICE TO THE JUDGMENT DEBTOR**
If this memorandum of costs is filed at the same time as an application for a writ of execution, any statutory costs, not exceeding $100 in aggregate and not already allowed by the court, may be included in the writ of execution. The fees sought under this memorandum may be disallowed by the court upon a motion to tax filed by the debtor, notwithstanding the fees having been included in the writ of execution. (Code Civ. Proc., § 685.070(e).) A motion to tax costs claimed in this memorandum must be filed within 10 days after service of the memorandum. (Code Civ. Proc., § 685.070(c).)

(Proof of service on reverse)

Form Adopted for Mandatory Use
Judicial Council of California
MC-012 [Rev. January 1, 2011]

**MEMORANDUM OF COSTS AFTER JUDGMENT, ACKNOWLEDGMENT OF CREDIT, AND DECLARATION OF ACCRUED INTEREST**

Code of Civil Procedure
§ 685.070
www.courts.ca.gov

| | MC-012 |
|---|---|
| SHORT TITLE: Ducoing v. T's Liquor, et al. | CASE NUMBER: 30-2009-00120768 |

**PROOF OF SERVICE**
[✓] Mail   [ ] Personal Service

1. At the time of service I was at least 18 years of age and not a party to this legal action.

2. My residence or business address is (specify):
   FOLEY BEZEK BEHLE & CURTIS, LLP
   575 Anton Blvd., Suite 710, Costa Mesa, CA 92626

3. I mailed or personally delivered a copy of the *Memorandum of Costs After Judgment, Acknowledgment of Credit, and Declaration of Accrued Interest* as follows (complete either a or b):

   a. [✓] Mail. I am a resident of or employed in the county where the mailing occurred.
      (1) I enclosed a copy in an envelope AND
         (a) [✓] deposited the sealed envelope with the United States Postal Service with the postage fully prepaid.
         (b) [ ] placed the envelope for collection and mailing on the date and at the place shown in items below following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.
      (2) The envelope was addressed and mailed as follows:
         (a) Name of person served: T's Liquor Mart - Leo Martinez
         (b) Address on envelope: 1663 E. Orangethorpe Ave.
             Placentia, CA 92870
         (c) Date of mailing: 8/10/2011
         (d) Place of mailing (city and state): Costa Mesa, CA

   b. [ ] Personal delivery. I personally delivered a copy as follows:
      (1) Name of person served:
      (2) Address where delivered:
      (3) Date delivered:
      (4) Time delivered:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 8/9/2011

Christine James
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF DECLARANT)

MC-012 [Rev. January 1, 2011]    **MEMORANDUM OF COSTS AFTER JUDGMENT, ACKNOWLEDGMENT OF CREDIT, AND DECLARATION OF ACCRUED INTEREST**    Page two